USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/8/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

Plaintiff(s),

-against-

Howell Miller a/k/a "C," a/k/a "Charlie," a/k/a "C-Rock"

Defendant(s).

---

12-CR-00368-1 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On September 5, 2025, the Defendant filed a notice of motion and motion for termination of supervised release (see Dkt. No. 114). The Government is hereby ORDERED to respond to the motion by no later than October 8, 2025.

Dated:  September 8, 2025
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge